```
          UNITED STATES DISTRICT COURT
       SOUTHERN DISTRICT OF WEST VIRGINIA
                 AT CHARLESTON
```

**JAMES T. MITCHELL,**

      Movant,

v.                             Civil Action No. 2:16-cv-05662
                            Criminal Action No. 2:99-cr-00083-1

**UNITED STATES OF AMERICA,**

      Respondent.

<u>MEMORANDUM OPINION AND ORDER</u>

This action was previously referred to Omar J. Aboulhosn, United States Magistrate Judge, who has submitted his Proposed Findings and Recommendation ("PF&R") pursuant to the provisions of 28 U.S.C. § 636(b)(1)(B).

The court has reviewed the PF&R entered by the magistrate judge on May 9, 2018. The magistrate judge recommends "that the District Court deny Movant's 'Emergency Motion to Correct Sentence Under 28 U.S.C. § 2255,' deny as moot the United States' Motion to Withdraw Referral to Magistrate Judge and Stay Case Pending Supreme Court Ruling, and remove this matter from the Court's docket." (PF&R 12 (emphases and citations omitted).) The movant, represented by counsel, objects to the magistrate judge's conclusion that his Section 2255 motion was untimely filed. However, the movant recognizes

"that this Court is currently bound by the Fourth Circuit's decision in United States v. Brown, 868 F.3d 297 (4th Cir. 2017), to find that his petition is untimely filed." (Obj. 1.) The movant's counsel notes that he "is aware that counsel in [Brown] intends to pursue the matter to the Supreme Court." (Id. 2.) Thus, the movant "makes [his] objection to preserve the issue for further review" on appeal. (Id.)

For the foregoing reasons, it is ORDERED that:

1. The PF&R be, and hereby is, adopted by the court;
2. The movant's Emergency Motion to Correct Sentence Under 28 U.S.C. § 2255 be, and hereby is, denied as untimely;
3. The United States' Motion to Withdraw Referral to Magistrate Judge and Stay Case Pending Supreme Court Ruling be, and hereby is, denied as moot; and
4. This action be, and hereby is, dismissed with prejudice and removed from the docket of the court.

The Clerk is directed to forward copies of this written opinion and order to all counsel of record, to any unrepresented parties, and to the United States Magistrate Judge.

ENTER: June 14, 2018

John T. Copenhaver, Jr.
United States District Judge